SEAN P. FLYNN  (SBN:  220184)
*sflynn@gordonrees.com*
GORDON & REES LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone:  (949) 255-6950
Facsimile:  (949) 474-2060

Attorneys for Defendant
CONVERGENT OUTSOURCING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SNOWDEN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>                    Defendant. | CASE NO.:  1:14-cv-01622-SAB<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

///
///
///
///
///
///
///
///
///
///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

**TO THE HONORABLE COURT:**

The Parties are still meeting and conferring relative to the preparation of the FRCP 26(f) report.  Therefore, the Parties hereto stipulate that the Scheduling Conference currently set for January 20, 2015, be continued to January 27, 2015 at 2:30 p.m. before Magistrate Judge Stanley A. Boone.

**IT IS SO STIPULATED.**

DATED:  January 14, 2015          **GORDON & REES LLP**


By:   *s/ Sean P. Flynn*
Sean P. Flynn
Attorneys for Defendant
CONVERGENT OUTSOURCING, INC.

Dated: January 14, 2015          **KIMMEL & SILVERMAN, P.C**


By:       *s/Amy L. Bennecoff*
Amy L. Bennecoff
Attorneys for Plaintiff
WILLIAM SNOWDEN

IT IS SO ORDERED.

Dated:   **January 14, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

1101506/21879310v.1

-2-