UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM SNOWDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>        Defendant. | NO. CIV. 1:14-1622 WBS SAB |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for February 17, 2015, and makes the following findings and orders without needing to consult with the parties any further.

      I.    <u>SERVICE OF PROCESS</u>

All named defendants have been served, and no further

1

service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331 because plaintiff's claims arise under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692d.  Venue is undisputed and is hereby found to be proper.

## IV. DISCOVERY

The parties shall serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than February 24, 2015.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than August 29, 2015.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before September 29, 2015.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by October 28, 2015.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to

1   discovery shall have been resolved by appropriate order if
2   necessary and, where discovery has been ordered, the order has
3   been obeyed.  All motions to compel discovery must be noticed on
4   the magistrate judge's calendar in accordance with the local
5   rules of this court and so that such motions may be heard (and
6   any resulting orders obeyed) not later than October 28, 2015.
7              V.   MOTION HEARING SCHEDULE
8              All motions, except motions for continuances, temporary
9   restraining orders, or other emergency applications, shall be
10  filed on or before November 20, 2015.  All motions shall be
11  noticed for the next available hearing date.  Counsel are
12  cautioned to refer to the local rules regarding the requirements
13  for noticing and opposing such motions on the court's regularly
14  scheduled law and motion calendar.
15             VI.  FINAL PRETRIAL CONFERENCE
16             The Final Pretrial Conference is set for February 1,
17  2016, at 2:00 p.m. in Courtroom No. 5.  The conference shall be
18  attended by at least one of the attorneys who will conduct the
19  trial for each of the parties and by any unrepresented parties.
20             Counsel for all parties are to be fully prepared for
21  trial at the time of the Pretrial Conference, with no matters
22  remaining to be accomplished except production of witnesses for
23  oral testimony.  Counsel shall file separate pretrial statements,
24  and are referred to Local Rules 281 and 282 relating to the
25  contents of and time for filing those statements.  In addition to
26  those subjects listed in Local Rule 281(b), the parties are to
27  provide the court with: (1) a plain, concise statement which
28  identifies every non-discovery motion which has been made to the

1  court, and its resolution; (2) a list of the remaining claims as
2  against each defendant; and (3) the estimated number of trial
3  days.
4           In providing the plain, concise statements of
5  undisputed facts and disputed factual issues contemplated by
6  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
7  that remain at issue, and any remaining affirmatively pled
8  defenses thereto.  If the case is to be tried to a jury, the
9  parties shall also prepare a succinct statement of the case,
10 which is appropriate for the court to read to the jury.
11          VII.   <u>TRIAL SETTING</u>
12          The jury trial is set for April 5, 2016 at 9:00 a.m.
13 The parties estimate that a jury trial will last two to three
14 days.
15          VIII.   <u>SETTLEMENT CONFERENCE</u>
16          A Settlement Conference will be set at the time of the
17 Pretrial Conference.  All parties should be prepared to advise
18 the court whether they will stipulate to the trial judge acting
19 as settlement judge and waive disqualification by virtue thereof.
20          Counsel are instructed to have a principal with full
21 settlement authority present at the Settlement Conference or to
22 be fully authorized to settle the matter on any terms.  At least
23 seven calendar days before the Settlement Conference counsel for
24 each party shall submit a confidential Settlement Conference
25 Statement for review by the settlement judge.  If the settlement
26 judge is not the trial judge, the Settlement Conference
27 Statements shall not be filed and will not otherwise be disclosed
28 to the trial judge.

4

### IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

Dated:   February 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5