UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM SNOWDEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>        Defendant. | CIV. NO. 1:14-01622 WBS SAB<br><br>ORDER |

----oo0oo----

      Plaintiff William Snowden moves to voluntarily dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Docket No. 19-1.) Defendant Convergent Outsourcing, Inc. has filed a statement of non-opposition. (Docket No. 22.)

      IT IS THEREFORE ORDERED that plaintiff's motion to voluntarily dismiss with prejudice be, and the same hereby is, GRANTED.

Dated: April 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1